United States District Court
Southern District of Texas

**ENTERED**

March 04, 2016

David J. Bradley, Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————————

No. 16-90003

———————————

CRUZ MIGUEL AGUINA MORALES; JUAN FRANCISCO SALAS; JUANA
M. SALAS; MARIA DE LOS ANGELES ALMARAZ,

> Plaintiffs - Respondents

v.

SAMSUNG SDS AMERICA, INCORPORATED,

> Defendant - Petitioner

———————————

Motion for Leave to Appeal
from an Interlocutory Order

———————————

Before CLEMENT, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the
United States District Court of the Southern District of Texas, Laredo, entered
on December 21, 2015, is DENIED.