# SAMSUNG

**EXPORT INVOICE / FACTURA DE EXPORTACION**

Number: 9005672233
Delivery Date: 2013.08.01
Printed Date: 2013.08.01

**SOLD TO / VENDIDO A:**
SAMSUNG ELECTRONICS MEXICO SA DE CV
GENERAL MARIANO ESCOBEDO, 476 PISO 8
ANZURES MHGUELHIDALGO, C.P. 11590
Distrito Federal Mexico

**CONSIGNED TO / CONSIGNADO A:**
SAMSUNG ELECTRONICS AMERICA, INC.
4921 DIRECTORS PLACE, SUITE 200
SAN DIEGO, CA, 92121, US

COWBOY MALONEY'S ELECTRIC CITY
1313 HARDING STREET
JACKSON, MS, 39202, US
TEL 601-948-5600

**ORDER NO. (ORDEN NO.):**

**SHIPMENT NO. (NO. DE ENTREGA):**
2003771695

**LOADING_3D.S**
6001253332

**TERMS (CONDICIONES):**
DDP USA WH

| WEIGHT PESO | MODEL MODELO | DESCRIPTION DESCRIPCION | BUYER CODE BUYER CODE | QTY QTY | UNIT PRICE PRECIO | P/L P/L | NET PRICE PRECIO NETO |
|---|---|---|---|---|---|---|---|
| 644 KG | RS261MDWP/XAA | SAMSUNG BRAND REFRIGERATOR PO: 5110268519 DO: 8185466164 | RS261MDWP/XAA | 4 PC | 548.79 USD | | 2,195.16 USD |
| 2,898 KG | RS261MDRS/XAA | SAMSUNG BRAND REFRIGERATOR PO: 5110268519 DO: 8185466164 | RS261MDRS/XAA | 18 PC | 645.70 USD | | 11,622.60 USD |
| 1,932 KG | RS261MDBP/XAA | SAMSUNG BRAND REFRIGERATOR PO: 5110268519 DO: 8185466164 | RS261MDBP/XAA | 12 PC | 560.14 USD | | 6,721.68 USD |

HTS: 8418100040




PT ALMACEN
SALIDA
01 AGO 2013
SAMSUNG ELECTRONICS MEXICO S.A. DE C.V.
PLANTA QUERETARO

**TOTALS**

5,474 KG                  34 PC                  20,539.44 USD

Origin: Mexico
This Merchandise is subject to the NAFTA claim

CONTAINER NUMBER: 50670
SEAL #: 13536912434

TRUCKER: TRANSPORTES DE CARGA FEMA
DESTINATION: MSI, US, KS, Marion
PORT OF LOADING: QUERETARO, MEXICO

| | | |
|---|---|---|
| FOB VALUE | 20,539.44 | USD |
| FREIGHT | 0.00 | USD |
| INSURANCE | 0.00 | USD |
| TOTAL (DDP) | 20,539.44 | USD |

REPRESENTATIVE OF
SAMSUNG ELECTRONICS MEXICO S.A. DE C.V.

User: LUZ.CALLEJAS
Time: 14:12:23

1/1



EXHIBIT D

EXHIBIT 9

## SAMSUNG

**PROFORMA INVOICE / FACTURA DE EXPORTACION**

| SOLD BY / VENDIDO POR | CONSIGNEE / CONSIGNADO A | PROFORMA INVOICE / FACTURA DE EXPORTACION |
|---|---|---|
| SAMSUNG ELECTRONICS MEXICO SA DE CV<br>GENERAL MARIANO ESCOBEDO 476 PISO 8<br>ANZURES MIGUEL HIDALGO, C.P. 11590<br>Distrito Federal Mexico | SAMSUNG ELECTRONICS AMERICA, INC.<br>4921 DIRECTORS PLACE, SUITE 100<br>SAN DIEGO, CA, 92121, US | COWBOY MALONEY'S ELECTRIC CITY<br>1313 HARDING STREET<br>JACKSON, MS, 39202, US<br>TEL 601.353.5600 | Number: 90567223<br>Delivery Date: 2013.08.01<br>Printed Date: 2013.08.22 |

| ORDER NO / ORDEN NO | SHIPMENT NO / NO DE ENTREGA | LOADING ID | TERMS CONDITIONS |
|---|---|---|---|
| | 2003771695 | 6801257332 | DDP USA W/I |

| WEIGHT PESO | MODEL CODE / MODELO | DESCRIPTION DESCRIPCION | PO NO / ORDEN NO | HTS CODE / FRACCION | QTY / CANTIDAD | UNIT PRICE | NET AMOUNT / MONTO NETO |
|---|---|---|---|---|---|---|---|
| 644 KG<br>RS26MDTP/XAA | RS26MDTP/XAA | SAMSUNG BRAND REFRIGERATOR<br>PO: 511026825 DO: 811546164 | | | 4 PC | 541.79 USD | 2395.16 USD |
| 2,898 KG<br>RS261MDRS/XAA | RS261MDRS/XAA | SAMSUNG BRAND REFRIGERATOR<br>PO: 511026819 DO: 811546164 | | HTS: 8418100050 | 18 PC | 645.70 USD | 11,622.60 USD |
| 1,932 KG<br>RS261MDBP/XAA | RS261MDBP/XAA | SAMSUNG BRAND REFRIGERATOR<br>PO: 511026819 DO: 811546165 | | HTS: 8418100040 | 12 PC | 561.14 USD | 6,733.68 USD |

| 5,474 KG | | | | | 34 PC | | 20,751.44 USD |

Origin: Mexico
This Merchandise is subject to the NAFTA claim

CONTAINER NUMBER: #50670
SEAL#: 65368/12344

TRUCKER: TRANSPORTES DE CARGA FEMA
DESTINATION: MS US, USA, Mississippi
PORT OF LOADING: QUERETARO, MEXICO

| | | |
|---|---|---|
| FOB VALUE | 20,751.44 | USD |
| FREIGHT | 0.00 | USD |
| INSURANCE | 0.00 | USD |
| TOTAL (DDP) | 20,751.44 | USD |

DOC FRANCISCO E.
Tel: 070194

REPRESENTATIVE OF
SAMSUNG ELECTRONICS MEXICO SA DE CV

Exhibit 4
Johnston
01/13/16

JIT000060