IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS, LAREDO DIVISION

| | |
|---|---|
| **Cruz Miguel Aguina Morales**, *et al.* | ) <br> ) <br> ) Case No.: 5:14-cv-129 <br> ) |
| v. | ) Judge George P. Kazen <br> ) |
| | ) **PLAINTIFFS' RESPONSE TO** <br> ) **DEFENDANT LIVINGSTON** |
| **Redco Transport Ltd.,** *et al.* | ) **INTERNATIONAL, INC.'S MOTION** <br> ) **FOR SUMMARY JUDGMENT** |

Plaintiffs do not oppose Livingston International's Motion for Summary Judgment (Dkt. #187), but only to the extent that no other Defendant contends that there are factual questions that would allow a jury to apportion fault to Livingston. If no other Defendant attempts to argue or apportion fault on the part of Livingston, Plaintiffs do not oppose the motion.

Respectfully submitted,

/s/ Michael Jay Leizerman
Michael Jay Leizerman (OH 63945)
Rena M. Leizerman (OH 0087151)
E.J. Leizerman & Associates, LLC
3450 W. Central Avenue, Suite 328
Toledo, OH 43606
Phone: (800) 628-4500
Facsimile: (888) 828-8838
michael@leizerman.com
rena@leizerman.com

Marie D. Lang (NC 27409)
Law Offices of James Scott Farrin
280 S. Mangum Street, Suite 400
Durham, NC 27701
mlang@farrin.com

Arnulfo Gonzalez, Jr. (TX 0813300)
Law Office of Arnulfo Gonzalez, Jr.
1510 Calle Del Norte, Suite 16
Laredo, TX 78043
fofo@netscorp.net
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The foregoing document was electronically filed with the Clerk of Court using CM/ECF and served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy through first class mail, postage prepaid, this 23rd day of March, 2016.

/s/ Michael Jay Leizerman
Michael Jay Leizerman
Attorney for Plaintiffs